# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

United States District Court
Southern District of Texas
FILED

SEP 23 2014

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

Sergio MERCADO-Medina
Mexican national
YOB: 1970

**CRIMINAL COMPLAINT**

M-14-1855-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _September 22, 2014_ in _Hidalgo_ County, in the _Southern_ District of _Texas_ defendant(s) did, knowingly and intentionally conspire to possess with intent to distribute with persons known and unknown approximately 199.0 kilograms of marijuana, a Schedule I controlled substance.

in violation of Title ___21___ United States code, Section _846._

I further state that I am a(n) _Special Agent_ and that this complaint is based on the following facts:

SEE ATTACHMENT A

Continued on the attached sheet and made a part hereof:    X Yes    ☐ No

_____
Signature of Complainant
Natt Otterson, Special Agent
U.S. Immigration & Customs enforcement

Approved to file Kimberly Ann Leo
AUSA

Sworn to before me and subscribed in my presence,

September 23, 2014    8:34 am
Date

at _____McAllen, Texas_____
City and State

_____
Signature of Judicial Officer

Magistrate Judge Peter E Ormsby
Name & Title of Judicial Officer

ATTACHMENT A

Before the United States Magistrate Judge, Southern District of Texas, I, Natt Otterson, Special Agent, United States Immigration and Customs Enforcement, being duly sworn, depose and say the following:

On September 22, 2014, HSI SA Otterson received information there was marijuana at 313 N Glasscock Rd in Alton, Texas. Shortly thereafter, Agents setup surveillance and observed a tan truck leave the residence. Agents followed the truck until it was stopped by Alton, Texas Police for a traffic infraction. The driver identified as Sergio MERCADO-Medina was detained and transported back to the residence. At the residence Agents obtained consent to search the residence which resulted in the seizure of approximately 199 kilograms of marijuana. MERCADO and the subjects inside the residence were transported to McAllen, Texas HSI for further questioning.

At the McAllen, Texas HSI Office SA Aguilar read MERCADO his Miranda rights in the Spanish language as witnessed by SA Otterson and SA Thelander. MERCADO waived his rights and agreed to speak with Agents. MERCADO stated the following:

-MERCADO stated he was going to be paid an unknown amount to store the marijuana at 313 N Glasscock Rd in Alton, Texas.

-MERCADO stated earlier in the day he was contacted by FNU LNU about storing the marijuana at the residence and he agreed.

-MERCADO stated he had previously been arrested for narcotics smuggling.